UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MARGARET E. SMITH and KAREN E. SMITH**　　　　　　　　　　**PLAINTIFFS**

**V.**　　　　　　　　　　**CIVIL ACTION NO.1:08CV683 LTS-RHW**

**NATIONWIDE INSURANCE COMPANY**
**and PAULA M. CROSBY, Individually, and as agent of**
**NATIONWIDE INSURANCE COMPANY, ET AL.**　　　　　　　　　　**DEFENDANTS**

## ORDER DENYING MOTION TO REMAND
## and JUDGMENT OF DISMISSAL AS TO DEFENDANT PAULA M. CROSBY

In accordance with the Memorandum Opinion I have this day signed, it is hereby

**ORDERED AND ADJUDGED**

That the allegations of the Complaint against Defendant Paula M. Crosby are hereby **DISMISSED**; and

That Margaret E. Smith and Karen E. Smith's motion [6] to remand is **DENIED**;

That Paula M. Crosby is hereby **DISMISSED** as a party defendant.

**SO ORDERED** this 18th day of March, 2009.

　　　　　　　　　　　　　　　　　　s/ L. T. Senter, Jr.
　　　　　　　　　　　　　　　　　　L. T. SENTER, JR.
　　　　　　　　　　　　　　　　　　SENIOR JUDGE